# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUSHANA HOWARD, individually and as successor-in-interest of VACHEL HOWARD,<br><br>*Plaintiff*<br>v.<br><br>CITY OF LOS ANGELES, Police Chief CHARLIE E. BECK, and Ten Unknown Named Employees of the City of Los Angeles, individually,<br><br>*Defendants.* | CASE NO. CV13-01847SJO(JEMx)<br><br>**[PROPOSED] PROTECTIVE ORDER** |

The parties having so stipulated, and good cause appearing, the Stipulated Protective Order filed by the parties is hereby granted.

IT IS SO ORDERED:

DATED: May 23, 2013    */s/John E. McDermott*_____
                                       John E. McDermott

                                       UNITED STATES MAGISTRATE JUDGE